UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-00661-KES | Date | July 31, 2025 |
| Title | Justin Ridgway v. Elevate 1 Financial, LLC | | |

| Present: The Honorable | KAREN E. SCOTT, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| Jazmin Dorado | N/A |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS plaintiff(s), to show cause in writing no later than **August 13, 2025**, why this action should not be dismissed for lack of prosecution.

As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

 X Answer or motion in response to the Complaint;
 X Request for Entry of Default; or
 X Notice of Voluntary Dismissal (Fed. R. Civ. P. 41)

It is a plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiffs must also pursue Rule 55 remedies promptly upon the default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

No oral argument of this matter will be heard unless ordered by the Court. The OSC will stand submitted on or before the date upon which a response by plaintiff(s) is due.

Initials of Deputy Clerk   JD